# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: February 1, 2024

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-20-00307-JD |
| ) | |
| JUSTIN BIGGS, ) | |
| ) | |
| Defendant. ) | |

**ENTER ORDER:**

The Court sua sponte extends the requirements in Local Criminal Rule 32.2. Any sentencing memoranda and motions must be filed within 14 days of the date of this Order, and any response to a sentencing memoranda or motion must be filed 14 days thereafter.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

CARMELITA REEDER SHINN, CLERK

By: */s/ Nyssa Vasquez*
Deputy Clerk